FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Lewis T. Buck**
**Gail A. Buck**
Debtor(s)

Case No. 
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Lewis T. Buck** | S.S.# | **xxx-xx-9997** |
| | (W) **Gail A. Buck** | S.S.# | **xxx-xx-3100** |
| ADDRESS: | **148 Spiller Ave.** | | |
| | **Ripley, TN 38063** | | |

PLAN PAYMENT: Debtor(s) to pay $ **780.00**    monthly
PAYROLL DEDUCTION:                  OR (x) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:  02-10-16
PLACE OF EMPLOYMENT:    **Spouse's Employer:**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( x ) Not included in Plan   ( ) Included in Plan | $ | **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ | **0.00** |
| | Child support arrearage amount | $ | **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ | **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| **CitiMortgage, Inc.** | Ongoing pmt. Begin **03-01-16** | | | $ | **459.00** |
| | Approx. arrearage **3,800.00** | Interest **0.00** % | | $ | **64.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Automobile Finance** | $ **4,315.00** | **4.00** % | $ **85.00** |
| **World Finance Corp** | $ **2,000.00** | **4.00** % | $ **40.00** |

Percentage to unsecured: To be determined by the Trustee

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$1,375.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

DEBTOR'S ATTORNEY:    **Gerald Ketchum 5888**
**Ketchum Law Firm**
**PO Box 1246**
**Dyersburg, TN 38025-1246**
**731-285-8165 Fax:731-285-3796**